AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

**APPEARANCE**

Case Number: 08mj8101

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SALVADOR HURRACHA-CEJA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/11/2008 | /s/ DIANE M. REGAN |
| Date | Signature |
| | Diane M. Regan / Federal Defenders of SD — 207027 |
| | Print Name / Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City / State / Zip Code |
| | (619) 234-8467 / (619) 687-2666 |
| | Phone Number / Fax Number |