UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | Case No. 08mj8101 |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| SALVADOR HURRACHA-CEJA, ) | |
| ) | |
| Defendant-Appellant. ) | |
| ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated: February 11, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Diane M. Regan
DIANE M. REGAN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
diane_regan@fd.org