AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | 08 CR580-L |
| SALVADOR HURRACHA-CEJA | CASE NUMBER: 08 MJ 8101 |

I, <u>SALVADOR HURRACHA-CEJA</u>, the above named defendant, who is accused

committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C.,
Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry
(Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _____2|28|08_____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

**FILED**

FEB 28 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY